## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANN LOUISE GRUBER,** | : | |
| **Petitioner** | : | **No. 1:17-cv-01459** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Saporito)** |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA, et al.,** | : | |
| **Defendants** | : | |

## ORDER

Presently before the Court is the September 10, 2019 Report and Recommendation of Magistrate Judge Saporito (Doc. No. 14), recommending that the Court dismiss as moot Petitioner Ann Louise Gruber ("Petitioner")'s petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) on the basis that "[a]t the time of filing . . . [Petitioner] was under a sentence of unsupervised probation imposed by the Court of Common Pleas of Lebanon County, which expired the next day" (Doc. No. 14 at 1). No timely objections to the Report and Recommendation have been filed.

**AND SO**, on this 26th day of November 2019, upon independent review of the record and applicable law, **IT IS ORDERED THAT**:

1. Magistrate Judge Saporito's Report and Recommendation (Doc. No. 14) is **ADOPTED**;

2. The instant petition for a writ of habeas corpus (Doc. No. 1) is **DISMISSED AS MOOT**;

3. A certificate of appealability **SHALL NOT ISSUE**; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
